UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHELBY KENNETH SHULL, III,

    Plaintiff,

v.                                      5:14cv43-WS/CJK

MICHAEL D. CREWS, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 12) docketed July 7, 2014. The magistrate judge recommends that the plaintiff's "Motion for Voluntary Dismissal" be granted.

    The court having reviewed the record, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 12) is ADOPTED and incorporated into this order by reference.

    2. The plaintiff's "Motion for Voluntary Dismissal" (doc. 11) is GRANTED.

    3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this    28th    day of    July   , 2014.

                         s/ William Stafford
                         WILLIAM STAFFORD
                         SENIOR UNITED STATES DISTRICT JUDGE